IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Nos. 16-12 and 20-55 |
| ) | |
| KEVIN COLES ) | |

<u>GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS</u>

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Brian M. Czarnecki, Assistant United States Attorney for said District, submitting as follows:

Government counsel has reviewed the contents of the Presentence Investigation Report for the above-captioned cases. Government counsel has no objections to the Report.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

/s/ Brian M. Czarnecki
BRIAN M. CZARNECKI
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
brian.czarnecki@usdoj.gov
DC ID No. 1047275